FILED

2017 NOV -1 PM 4: 11

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:17 CR 446 |
| v. | ) | CASE NO. _____ |
| | ) | Title 29, Section 501(c), United |
| RONALD G. COLDREN, | ) | States Code |
| | ) | |
| Defendant. | ) | JUDGE ZOUHARY |

GENERAL ALLEGATIONS    MAG. JUDGE JAMES R. KNEPP II

The Grand Jury charges:

1. At all times material to this Indictment, the United Steelworkers, Local 1-207-L was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j), and subject to the Labor Management Reporting and Disclosure Act of 1959, Title 29, United States Code, Section 401, et seq.

2. At all times material to this Indictment, United Steelworkers, Local 1-207-L was located at 1130 Summit Street, Findlay, Ohio 45840, which is in the Northern District of Ohio, Western Division.

3. At all times material to this Indictment, United Steelworkers, Local 1-207-L was required to file an annual Form LM-2 Labor Organization Annual Report ("Form LM-2") with

the United States Department of Labor pursuant to Title 29, United States Code, Section 439(b). The Form LM-2 was required to include information related to all of United Steelworkers, Local 1-207-L's monetary disbursements for each calendar year.

4. From on or about January 1, 1987, the exact date unknown, continuing through March of 2016, the defendant, RONALD G. COLDREN, was a member of United Steelworkers, Local 1-207-L.

5. From in or around 2006 until in or around March 2016, the defendant, RONALD G. COLDREN, was the Financial Secretary for United Steelworkers, Local 1-207-L.

## COUNT 1
(Embezzlement from Labor Organization)

The Grand Jury further charges:

From on or about April 9, 2012 and continuing through on or about January 15, 2016 in the Northern District of Ohio, Western Division, the defendant, RONALD G. COLDREN, while an officer of a labor organization engaged in an industry affecting commerce, to wit: Financial Secretary of United Steelworkers, Local 1-207-L, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization in the approximate value of $30,639.69.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.